# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**362**
**CAF 15-00350**
PRESENT: CENTRA, J.P., PERADOTTO, DEJOSEPH, CURRAN, AND SCUDDER, JJ.

---

IN THE MATTER OF MICHELE A. SLOMA,
PETITIONER-RESPONDENT,

V                                                    MEMORANDUM AND ORDER

ERIC M. SLOMA, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

RICHARD L. WOLFE, UTICA, FOR RESPONDENT-APPELLANT.

JULIE GIRUZZI-MOSCA, ATTORNEY FOR THE CHILD, UTICA.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered March 14, 2014 in a proceeding pursuant to Family Court Act article 6.  The order denied the motion of respondent to vacate an order entered February 6, 2014.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Sloma v Sloma* ([appeal No. 1] ___ AD3d ___ [Mar. 24, 2017]).

Entered:  March 24, 2017                          Frances E. Cafarell
                                                 Clerk of the Court